## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| TREVOR SCOTT, | : |
| Plaintiff, | : CIVIL ACTION NO.: 22-cv-01105-RBS |
| | : |
| v. | : |
| | : |
| ROBERT HALF INTERNATIONAL INC., *et al.* | : |
| Defendants. | : |

---

### STIPULATION OF DISMISSAL WITH PREJUDICE
### PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Plaintiff, Trevor Scott ("Plaintiff") and Defendants Robert Half International, Inc. and Comcast Corporation (collectively, "Defendants") (collectively the "Parties"), by and through their respective undersigned counsel, hereby **STIPULATE** to dismiss the above-captioned action with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and state as follows in support thereof:

1. On or about March 22, 2022, Plaintiff filed the above-captioned Complaint against Defendants. See ECF No. 1.

2. On July 12, 2022, the Court approved the Parties' Joint Stipulation to Stay Action Pending Arbitration, staying this action in its entirety pending completion of the arbitration. See ECF No. 12.

3. Thereafter, the instant action was submitted to arbitration and has since been resolved with respect to all claims.

4. Based upon the foregoing, the Parties respectfully request that the Court terminate the stay of proceedings entered in this matter on July 12, 2022 and dismiss this matter, with prejudice and without costs.

**AGREED:**

| | |
|---|---|
| **MURPHY LAW GROUP, LLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
| By: _/s/ Michael Groh_ | By: _/s/ Michael J. Puma_ |
| Michael Murphy<br>Michael Groh<br>Eight Penn Center, Suite 2000<br>1628 John F. Kennedy Blvd.<br>Philadelphia, PA 19103<br>Tel: 267-273-1054<br>Fax: 215-525-0210<br>Email: murphy@phillyemploymentlawyer.com<br>        mgroh@phillyemploymentlawyer.com | Michael J. Puma<br>Ashley E. Baxter<br>1701 Market Street<br>Philadelphia, PA 19103<br>Tel: 215.963.5000<br>Fax: 215.963.5001<br>Email: michael.puma@morganlewis.com<br>        ashley.baxter@morganlewis.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Comcast Corporation* |
| **Dated: May 10, 2023** | **Dated: May 10, 2023** |

**EPSTEIN BECKER GREEN**

By: _/s/ Patrick G. Brady_

Patrick G. Brady
One Gateway Center
Newark, NJ 07102
Tel: 973.639.8261
Fax: 973.639.8556
Email: PBrady@ebglaw.com

*Attorneys for Defendant*
*Robert Half International Inc.*

**Dated: May 10, 2023**

**IT IS SO ORDERED.**

Dated: 5/12/23

s/ R. Barclay Surrick
R. Barclay Surrick, U.S.D.J.